UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-894 DSF (AGRx) | Date | 10/25/11 |
|---|---|---|---|

| Title | Stonebridge Life Insurance Co. v. Robert William Benevides, et al. |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) ORDER TO SHOW CAUSE WHY MONIES DEPOSITED IN THE COURT SHOULD NOT BE RELEASED TO RAUL FLORES TORRES

On June 22, 2011, the Court issued an order re answers to the complaint in interpleader. Defendant Raul Flores Torres filed a response on August 1, 2011 requesting that the money held by the Court be disbursed to him. Defendant Robert Benavides never responded.

The Court now orders any party to this action to show cause by November 14, 2011, why judgment should not be entered in favor of Raul Flores Torres and the money deposited by Plaintiff should not be disbursed to him. If no response is received by that date, judgment will be entered in favor of Raul Flores Torres less any valid costs and fees requested by Plaintiff. Plaintiff's request for costs and fees is due no later than November 14, 2011. In its request, Plaintiff should provide legal support for its entitlement to fees.

The Clerk shall serve this minute on the defendants at the following addresses:

Robert Benavides
6039 Peach Blossom Ln.
Las Vegas, NV 89142

Raul Flores Torres
Calle Bandera Nacional #305
Col. 20 De Noviembre
Cruza Con Abraham Gonsalez
C.P. 45400 Tonala, Jalisco MEXICO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-894 DSF (AGRx) | | Date | 10/25/11 |
|---|---|---|---|---|
| Title | Stonebridge Life Insurance Co. v. Robert William Benevides, et al. | | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge | |
|---|---|---|
| Debra Plato | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**    (In Chambers) ORDER TO SHOW CAUSE WHY MONIES DEPOSITED IN THE COURT SHOULD NOT BE RELEASED TO RAUL FLORES TORRES

On June 22, 2011, the Court issued an order re answers to the complaint in interpleader.  Defendant Raul Flores Torres filed a response on August 1, 2011 requesting that the money held by the Court be disbursed to him.  Defendant Robert Benavides never responded.

The Court now orders any party to this action to show cause by November 14, 2011, why judgment should not be entered in favor of Raul Flores Torres and the money deposited by Plaintiff should not be disbursed to him.  If no response is received by that date, judgment will be entered in favor of Raul Flores Torres less any valid costs and fees requested by Plaintiff.  Plaintiff's request for costs and fees is due no later than November 14, 2011. In its request, Plaintiff should provide legal support for its entitlement to fees.

The Clerk shall serve this minute on the defendants at the following addresses:

Robert Benavides
6039 Peach Blossom Ln.
Las Vegas, NV 89142

Raul Flores Torres
Calle Bandera Nacional #305
Col. 20 De Noviembre
Cruza Con Abraham Gonsalez
C.P. 45400 Tonala, Jalisco MEXICO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-894 DSF (AGRx) | Date | 10/25/11 |
|---|---|---|---|

| Title | Stonebridge Life Insurance Co. v. Robert William Benevides, et al. |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) ORDER TO SHOW CAUSE WHY MONIES DEPOSITED IN THE COURT SHOULD NOT BE RELEASED TO RAUL FLORES TORRES

On June 22, 2011, the Court issued an order re answers to the complaint in interpleader. Defendant Raul Flores Torres filed a response on August 1, 2011 requesting that the money held by the Court be disbursed to him. Defendant Robert Benavides never responded.

The Court now orders any party to this action to show cause by November 14, 2011, why judgment should not be entered in favor of Raul Flores Torres and the money deposited by Plaintiff should not be disbursed to him. If no response is received by that date, judgment will be entered in favor of Raul Flores Torres less any valid costs and fees requested by Plaintiff. Plaintiff's request for costs and fees is due no later than November 14, 2011. In its request, Plaintiff should provide legal support for its entitlement to fees.

The Clerk shall serve this minute on the defendants at the following addresses:

Robert Benavides
6039 Peach Blossom Ln.
Las Vegas, NV 89142

Raul Flores Torres
Calle Bandera Nacional #305
Col. 20 De Noviembre
Cruza Con Abraham Gonsalez
C.P. 45400 Tonala, Jalisco MEXICO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

IT IS SO ORDERED.