**CC:  Fiscal**

JS 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEBRIDGE LIFE INSURANCE COMPANY<br><br>                    Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAMS BENAVIDES, RAUL FLORES TORRES, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. CV11-894 DSF(AGRx)<br><br>**JUDGMENT** |

After reviewing the pleadings and all documents on file in this matter and good cause showing therefore:

IT IS HEREBY ORDERED that final judgment is entered as follows:

1.  The Complaint in Interpleader filed herein by Stonebridge Life was properly filed, was filed in good faith, and that this was a proper cause for interpleader;

2.  Stonebridge Life is released, discharged and acquitted of and from any and all liability of any kind or nature whatsoever to any of the Defendants on account of the benefits under Stonebridge Life Certificate No. 74L92H5180 (the "Policy") as represented by the proceeds deposited with the Court as the amount due thereunder by reason of the death of Alicia Salas Aguinaga, a/k/a Yolanda Benavides;

3.  Stonebridge Life is hereby discharged and dismissed as a party from the within action with prejudice;

4   Defendant Raul Flores Torres shall receive all the proceeds under the Policy, and the Clerk of the Court shall issue a check in the amount of $20,302.95, plus any accrued interest, made payable to "Raul Flores Torres."  The check shall be mailed to:

>   Raul Flores Torres
>   Calle Bandera Nacional #305
>   Col. 20 De Noviembre
>   Cruza Con Abraham Gonsalez
>   C.P. 45400 Tonala, Jalisco MEXICO

5.  Defendant Robert William Benavides shall not receive any proceeds under the Policy; and

7.  Each party shall bear their own attorneys' fees and costs.

12/16/11
Dated: _____, 2011

_Dale S. Fischer_
_____
United States District Judge